```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

LARRY MAURICE BANKS, INC.                                PLAINTIFF

VS.                                   CIVIL ACTION NO. 3:06CV255LG

AMSOUTH BANKING, ET AL,
CORPORATION, in their individual
capacity and official capacity
as a corporation and JANET P.
HUFFMAN, in her individual
capacity as Assistant Manager
of AmSouth Banking Branch in
Webster County                                           DEFENDANTS

<u>ORDER</u>

This cause came on this day to be heard upon Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about May 18, 2006, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge James C. Sumner entered on May 18, 2006, be and the same is hereby, adopted as the finding of this Court, and the Plaintiff's Motion to Proceed

*in Forma Pauperis* is hereby denied.  The Plaintiff has thirty days from the date that this Order is entered within which to pay his filing fee in this case, or this matter will be dismissed without prejudice.

       IT IS SO ORDERED, this the 6th day of June, 2006.


       /S/ TOM S. LEE
       UNITED STATES DISTRICT JUDGE